# Exhibit A

**Pictures from Paragraph 25 of the Complaint:**





**Packaging from Hildebrand Exhibit A**



Blue Diamond warranty