ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ELENA LAMB** on behalf of herself and all others similarly situated,

                  Plaintiff,

- against -

**THE COOKWARE COMPANY (USA), LLC,**

                  Defendant.

20 Civ. 704 (LLS)

**ORDER**

    Three weeks having passed since the Court's June 15, 2020 Opinion and Order (Dkt. No. 30) directing the parties to show cause why this case should not be transferred to the Middle District of Florida, and no response having been made by either party, the Clerk of Court is respectfully directed to transfer this action, in which there remains only the claims of the Florida plaintiff sub-class, brought by a Florida resident, under Florida law on a purchase made in Florida, against a New York resident which sold its product in Florida, to the United States District Court for the Middle District of Florida.

    So ordered.

Dated:    New York, New York
            July 9, 2020

                                    *Louis L. Stanton*
                                    LOUIS L. STANTON
                                        U.S.D.J.